TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00628-CR

Mack Stevens, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 0963619, HONORABLE TOM BLACKWELL, JUDGE PRESIDING

PER CURIAM

The opinion and judgment dated January 15, 1998, are withdrawn.

A jury found appellant guilty of burglary of a habitation. Tex. Penal Code Ann. § 30.02
(West 1994 & Supp. 1998). The district court assessed punishment, enhanced by two previous felony
convictions, at imprisonment for forty years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. A pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Appellant's pro se brief is a recital of his innocent version of the relevant events. Appellant
did not testify at trial. The evidence before the jury supports its verdict.

The judgment of conviction is affirmed.

Before Chief Justice Carroll, Justices Jones and Kidd

Affirmed

Filed: January 23, 1998

Do Not Publish